72 So.2d 81

## R. L. TURNER MOTORS

v.

## Henry L. HILKEY.

### 6 Div. 488–A.

Supreme Court of Alabama.

April 15, 1954.

Jackson, Rives, Pettus & Peterson, Birmingham, for appellant.

Ingram Beasley, Birmingham, for appellee.

STAKELY, Justice.

The judgment of the lower court is reversed, rendered, and remanded upon the authority of R. L. Turner Motors v. Hilkey, ante, p. 577, 72 So.2d 75.

All the Justices concur, except CLAYTON, J., not sitting.